# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-66 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| BREE ANN THOMAS | ) | Magistrate Judge Christopher H. Steger |

## O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 25] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the four count Indictment; (2) accept Defendant's guilty plea to Count One of the four count Indictment; (3) adjudicate Defendant guilty of possession of forty grams or more of a mixture and substance containing a detectable amount of fentanyl with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 25] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1.    Defendant's motion to withdraw her not guilty plea as to Count One of the Indictment is **GRANTED**;

2.    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3.    Defendant is hereby **ADJUDGED** guilty of Count One of the Indictment, that is possession of forty grams or more of a mixture and substance containing a detectable amount of fentanyl with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)

4.      A decision on whether to accept a plea agreement [Doc. 20] is **DEFFERED** until sentencing; and

5.      Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 16, 2025, at 2:00 p.m. [EASTERN]** before the undersigned.


**SO ORDERED.**

**ENTER:**

<u>/s/</u>_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2